1-24-11

Clerk of the Court
U.S. Bankruptcy Court
Eastern District of Texas
600 N Central Expressway
Suite 300B
Plano, TX 75074

Re: In re Prince, 07-43627 and
    Adverse No. 10-04044

Dear Clerk:

Please find enclosed the Debtor's Reply To Motion For Summary Judgment On Non-Dischargeability Of A Debt Pursuant To 11 USC §§ 727 and 523, and Request For Continuance in an original. Please forward a stamped filed copy back to me.

Please serve the opposing counsel, as I have no way to copy here at the institution.

Thank you.

Sincerely,

Clovis L. Prince, Pro Se
Reg No 09329-064
Federal Correctional Institution
P.O. Box 15330
Fort Worth, TX 76119

cc: File

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:
CLOVIS PRINCE,
　　Debtor.

CASE NO. 09-43627

AT&T MOBILITY, LLC
　　Plaintiff,

v.

CLOVIS PRINCE,
　　Defendant.

ADVERSE NO. 10-04044

DEBTOR'S REPLY TO MOTION FOR SUMMARY
JUDGMENT ON NON-DISCHARGEABILITY OF A
DEBT PURSUANT TO 11 U.S.C. §§ 727 and 523; AND
REQUEST FOR CONTINUANCE

TO THE HONORABLE CHIEF BANKRUPTCY JUDGE BRENDA T. RHOADES:

COMES NOW THE DEBTOR, Clovis Prince ("Prince"), the debtor in the above styled and numbered cause, and the alleged defendant in the above styled and numbered cause in adverse, files his Debtor's Reply To Motion For Summary Judgment On Non-Dischargeability Of A Debt Pursuant To 11 U.S.C. §§ 727 and 523; and Request For Continuance and in support would respectfully show as follows:

(1)

1. Debtor/Defendant has before the Court a filed Motion For Summary Judgment clearly showing to the Court that AT&T Mobility, LLC is not a creditor in the above named and styled cause. Please refer to Debtor/Defendant Motion For Summary Judgment filed with the Court.

2. The Court has before it the debtor/defendant's Motion For Summary Judgment, that AT&T Mobility LLC; 1) is not a creditor 2) debtor/defendant Prince did not engage in fraud or defalcation by stealing, embezzling, or otherwise taking or using for personal benefit the funds paid by AT&T.

3. Plaintiff have failed to show any genuine material issue that they are a creditor (emphasis supplied)

4. Debtor/Defendant Prince filed on or about January 13, 2011, requesting of the Court permission for continuance and/or extensions to file and/or appear on any and all proceedings. Prince is currently under court ordered medical evaluation, and do not have his files and records with him in the above named and numbered causes

5. Debtor/Defendant has no knowledge when the Court ordered medical evaluation will terminate.

6. Debtor/Defendant, based upon the facts of no files and records to the above numbered and styled cause; and his present medical evaluation confinement; the request for extension and continuance should be granted.

## CONCLUSION

7. Based on the facts above, the pending Debtor/Defendant's

(2)

Motion For Summary Judgment (with prima facie evidence that AT&T Mobility, LLC is **not** a creditor), debtor/defendant does not have his files and records with him, debtor/defendant is confined to a court ordered medical evaluation.

WHEREFORE, Debtor/Defendant respectfully prays that the Court grant him 90 days to reply with Authority, facts, and Issues to the Plaintiff's motion for summary judgment. This request is not to delay the court, however debtor/defendant needs his files and records to support his prima facie argument that the Plaintiff's claims and/or motion must be denied.

Debtor/Defendant prays the Court grant it such other and further relief to which it is entitled either at law or in equity.

Respectfully submitted,

_____
Clovis L. Prince, Pro se
Reg No. 09327-064
Federal Correctional Institution
P.O. Box 15330
Fort Worth, TX 76119
Debtor/Defendant

(3)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was placed in the institution mail on this the 24th day of January, 2001 to the following with instructions to serve opposing counsel, because the institution the debtor/defendant is located will not make copies:[1]

CLERK OF THE COURT
United States Bankruptcy Court
Eastern District of Texas
660 N. Central Expressway
Suite 300B
Plano, TX 75074

                         _____
                         Clovis L. Prince, Pro Se
                         Debtor/Defendant[2]

---

[1] Incarcerated person pleadings are considered filed when placed in the institution mailbox

[2] *Haines v. Kerner*, 404 U.S. 519, 92 S.Ct. 594 (1972) (liberally construe pleadings)

(4)